

# IN THE UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>v.<br>LARRY ST. CLAIR,<br>Defendant. | Case No. 18-1087M<br>ORDER OF DETENTION<br>[Fed. R. Crim. P. 31.1(a)(6);<br>18 U.S.C. § 3143(a)(1)] |

I.

On May 3, 2018, Defendant appeared before the Court for initial appearance on the petition and warrant for revocation of supervised release issued in the United States District Court for the Eastern District of California. Deputy Federal Public Defender ("DFPD") Kim Savo was appointed to represent Defendant.

Defendant submitted on the Pretrial Services Officer's recommendation of detention.

II.

Pursuant to Federal Rule of Criminal Procedure 32.1(a)(6) and 18 U.S.C. § 3143(a) following Defendant's arrest for alleged violation(s) of the terms of Defendant's ☐ probation / ☒ supervised release,

The Court finds that :

A. ☒ Defendant has not carried his burden of establishing by clear and convincing evidence that Defendant will appear for further proceedings as required if released [18 U.S.C. § 3142(b-c)]. This finding is based on:

> ☒ allegations in the petition include sustaining multiple violations of law, including theft charges, in April 2011 and failing to surrender for service of sentence imposed.

B. ☒ Defendant has not carried his burden of establishing by clear and convincing evidence that Defendant will not endanger the safety of any other person or the community if released [18 U.S.C. § 3142(b-c)]. This finding is based on:

> ☒ allegations in the petition (see above)
> ☒ criminal history

III.

IT IS THEREFORE ORDERED that the defendant is remanded to the custody of the U.S. Marshal to be transported to the Eastern District of California forthwith. The Court directs Assistant U.S. Attorney Skyler Cho to provide notice of the date and time of Defendant's next appearance in the United States District Court for the Eastern District of California to the U.S. Marshal and DFPD Kim Savo no later than May 7, 2018.

Dated: May 3, 2018

/s/
ALKA SAGAR
UNITED STATES MAGISTRATE JUDGE